**SECOND JUDICIAL DISTRICT COURT**
**COUNT OF BERNALILLO**
**STATE OF NEW MEXICO**


**ISAAC MONTANO (#34606)**

        **Plaintiff,**

**v.**                        **CASE NO. D-202-CV-2021-05890**


**WEXFORD HEALTH SOURCES, INC.,**
**THE NEW MEXICO DEPARTMENT OF**
**CORRECTIONS, C.R. BARD, INC., and**
**BECTON, DICKINSON & COMPANY,**

        **Defendants.**

### SUMMONS ON THE COMPLAINT

TO:    C.R. Bard, Inc
        c/o Corporate Headquarters
        1 Becton Drive
        Franklin Lakes, NJ 07417-1880

GREETINGS·

        You are hereby directed to serve a pleading or motion in response to the complaint within thirty (30) days after service of this amended summons, and file the same, all as provided by law.

        You are notified that, unless you serve and file a responsive pleading or motion, the plaintiff will apply to the court for the relief demanded in the complaint.

ATTORNEY OR ATTORNEYS FOR PLAINTIFF: STEPHEN F. LAWLESS, PA (STEPHEN F. LAWLESS)

ADDRESS OF ATTORNEYS FOR PLAINTIFF:    (OR OF PLAINTIFF, IF NO ATTORNEY)
 201 THIRD STREET NW,  SUITE 500    ALBUQUERQUE, NEW MEXICO     87102

WITNESS THE HONORABLE  LISA CHAVEZ ORTEGA  , DISTRICT JUDGE OF THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEW MEXICO, 400 LOMAS NW, ALBUQUERQUE, NM 87102, AND THE SEAL OF THE DISTRICT COURT OF SAID COUNTY, THIS _____ DAY OF ___11/4/2021___, 2021.

Katina Watson

SECOND JUDICIAL DISTRICT COURT
CLERK OF THE COURT

By _____
Deputy Clerk

EXHIBIT A

STATE OF NEW MEXICO          )
                            )          ss.
COUNTY OF BERNALILO         )

I, being duly sworn, on oath, say that I am over the age of 18 years and not a party to this lawsuit, and that I served the within Summons in said County on the _____ day of _____, 2021, by delivering a copy thereof, with copy of Complaint attached, in the following manner·

(check one and fill in appropriate blanks)

__]   [to Defendant, _____, (used when Defendant receives copy of Summons or refuses to receive Summons)]

[__]   [to _____, a person over fifteen (15) years of age and residing at the usual place of abode of Defendant, _____, who, at the time of such service was absent therefrom].

[__]   [by posting a copy of the Summons and Complaint in the most public part of the premises of Defendant, _____, (used if no person found at dwelling house or usual place of abode.)]

[__]   [to _____, an agent authorized to receive service of process for Defendant, _____.]

[__]   [to _____, (parent) (guardian) of Defendant, _____, (used when Defendant is a minor or an incompetent person.)]

[__]   [to _____ (name of person), _____ (title of person authorized to receive service)  (used when Defendant is a corporation or association subject to a suit  under a common name, a land grant board of trustees, the State of New  Mexico or any political subdivision.)

Fees

_____
Signature of Person Making Service
_____
Title (if any)

Subscribed and sworn to before
me this ____ day of _____, 2021.

_____
Judge, Notary or Other Officer
Authorized to Administer Oaths

Official Title. _____
My commission expires _____

*If service is made by the sheriff or a deputy
sheriff of a New Mexico county, the signature
of the sheriff or deputy sheriff need not be
notarized

EXHIBIT A

**SECOND JUDICIAL DISTRICT COURT**
**COUNT OF BERNALILLO**
**STATE OF NEW MEXICO**


**ISAAC MONTANO (#34606)**

   **Plaintiff,**

v.         **CASE NO. D-202-CV-2021-05890**


**WEXFORD HEALTH SOURCES, INC.,**
**THE NEW MEXICO DEPARTMENT OF**
**CORRECTIONS, C.R. BARD, INC., and**
**BECTON, DICKINSON & COMPANY,**

   **Defendants.**

**SUMMONS ON THE COMMPLAINT**

TO· C.R. Bard, Inc
   c/o Corporate Headquarters
   1 Becton Drive
   Franklin Lakes, NJ 07417-1880

GREETINGS:

   You are hereby directed to serve a pleading or motion in response to the complaint within thirty (30) days after service of this amended summons, and file the same, all as provided by law

   You are notified that, unless you serve and file a responsive pleading or motion, the plaintiff will apply to the court for the relief demanded in the complaint.

ATTORNEY OR ATTORNEYS FOR PLAINTIFF: STEPHEN F. LAWLESS, PA (STEPHEN F. LAWLESS)

ADDRESS OF ATTORNEYS FOR PLAINTIFF· (OR OF PLAINTIFF, IF NO ATTORNEY)
 201 THIRD STREET NW, SUITE 500  ALBUQUERQUE, NEW MEXICO  87102

WITNESS THE HONORABLE LISA CHAVEZ ORTEGA , DISTRICT JUDGE OF THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEW MEXICO, 400 LOMAS NW, ALBUQUERQUE, NM 87102, AND THE SEAL OF THE DISTRICT COURT OF SAID COUNTY, THIS _____ DAY OF 11/4/2021 , 2021.

            Katina Watson

           SECOND JUDICIAL DISTRICT COURT
           CLERK OF THE COURT

           By _____
             Deputy Clerk

EXHIBIT A

STATE OF NEW MEXICO    )
                        )     ss.
COUNTY OF BERNALILO   )

      I, being duly sworn, on oath, say that I am over the age of 18 years and not a party to this lawsuit, and that I served the within Summons in said County on the _____ day of _____, 2021, by delivering a copy thereof, with copy of Complaint attached, in the following manner.

(check one and fill in appropriate blanks)

[__]    [to Defendant, _____, (used when Defendant receives copy of Summons or refuses to receive Summons)]

[__]    [to _____, a person over fifteen (15) years of age and residing at the usual place of abode of Defendant, _____, who, at the time of such service was absent therefrom].

[__]    [by posting a copy of the Summons and Complaint in the most public part of the premises of Defendant, _____, (used if no person found at dwelling house or usual place of abode.)]

[__]    [to _____, an agent authorized to receive service of process for Defendant, _____ ]

[__]    [to _____, (parent) (guardian) of Defendant, _____, (used when Defendant is a minor or an incompetent person.)]

[__]    [to _____ (name of person), _____ (title of person authorized to receive service) (used when Defendant is a corporation or association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision )

Fees:

_____
Signature of Person Making Service
_____
Title (if any)

Subscribed and sworn to before
me this ____ day of _____, 2021.

_____
Judge, Notary or Other Officer
Authorized to Administer Oaths

Official Title: _____
My commission expires: _____

*If service is made by the sheriff or a deputy
sheriff of a New Mexico county, the signature
of the sheriff or deputy sheriff need not be
notarized.

EXHIBIT A

**FILED**
**2ND JUDICIAL DISTRICT COURT**
**Bernalillo County**
**10/7/2021 1:55 PM**
**CLERK OF THE COURT**
**Luke Tessman**

**SECOND JUDICIAL DISTRICT COURT**
**COUNT OF BERNALILLO**
**STATE OF NEW MEXICO**

**ISAAC MONTANO (#34606)**

      **Plaintiff,**

**v.**                      **CASE NO.** _____ D-202-CV-2021-05890 _____

**WEXFORD HEALTH SOURCES, INC.,**
**THE NEW MEXICO DEPARTMENT OF**
**CORRECTIONS, C.R. BARD, INC., and**
**BECTON, DICKINSON & COMPANY,**

      **Defendants.**

### COMPLAINT FOR NEGLIGENCE, DEFECTIVE DESIGN AND FAILURE TO PROPERLY WARN

_____COMES NOW the Plaintiff, Isaac Montano (#34606), by and through his attorney of record, Stephen F. Lawless, PA (Stephen F. Lawless), who has, since at a minimum since 2019 been an inmate under the care of the New Mexico Corrections Department at various locations throughout the State of New Mexico, and for his cause of action hereby states;

1.    Isaac Montano (#34606), is presently incarcerated by the New Mexico Department of Corrections (NMCD) which operates throughout the state of New Mexico and upon information and belief at present is in the Northwestern New Mexico Correctional Facility.

2.    Upon information and belief Wexford Health Sources, Inc., is a corporation and is doing business throughout the State of New Mexico providing healthcare to incarcerated persons and other groups.

1

**EXHIBIT A**

3.      The New Mexico Department of Corrections (DOC) is a bureau/division of the State of New Mexico operating in numerous counties around the State of New Mexico.

4.      Upon information and belief C.R. Bard, Inc., is a medical technology corporation, located in Merryville, New Jersey and doing business throughout the State of New Mexico providing medical products to incarcerated persons and other groups.

5.      Upon information and belief Becton, Dickinson and Company is a medical technology company and doing business throughout the State of New Mexico and C.R. Bard is a subsidiary of said company.

## COUNT I
## NEGLIGENT MEDICAL CARE BY WEXFORD

6.      Isaac Montano (#34606) as an inmate of the prisons under the New Mexico Department of Corrections (DOC) and under a Healthcare Services Contract with Wexford Health Sources, Inc. (Wexford).

7.      On October 15, 2019 and as a result of a pre-operative diagnoses of an incisional hernia was operated on by an outside provider, on information and belief, employed by Wexford to operate on such hernia.

8.      In the course of the surgery it was found that Plaintiff had extensive abdominal adhesions but the hernia was replaced laproscopically with a 20 x 15 centimeter of "Ventralight Mesh" with Echo system manufactured by C.R. Bard, Inc. and, upon information and belief, a subsidiary since April 2017 of Becton Dickinson Company.

2

EXHIBIT A

9.     Approximately 2 months after the operation implanting the Ventralight abdominal mesh Plaintiff began suffering post-surgical complications of pain and concern that possible mesh migration or failure had occurred.

10.    Plaintiff continued to have problems and was finally seen by a Wexford employee, Dr. Kenneth Smith who on July 21, 2020, approved surgical repair by Dr. Kermie Robinson, MD, the original implanting surgeon, for the painful hernia implant failure.

11.    At that time an abdominal binder no longer helped as Plaintiff's intestines protruded through the holes of the detached mesh strangling them and causing bowel obstruction and ulcerative colitis which was extremely painful and extremely dangerous.

12.    After the July 21, 2020 approval for surgical repair and for the past year, on dozens of occasions, Plaintiff Montano requested that the approved hernia repair surgery be performed but all attempts to obtain such surgery were denied or ignored by Defendants Wexford and DOC.

13.    Plaintiff filed numerous "Grievances" during this period with regard to mesh problem, suffered continuous pain, and had to continually attempt to physically push the protruding hernia back into his abdominal cavity.

14.    Both the Department of Corrections, who reviewed these grievances, and reviewed the Tort Claims Notice that Mr. Montano filed, negligently failed to do anything to get the approved surgical repair accomplished.  This continues to the present day.

3

EXHIBIT A

15.   As a result of the above negligence in failing to provide proper medical care to repair Plaintiff's surgical mesh which is made of polypropylene which mesh has been the subject of more then 3000 lawsuits across the country, Plaintiff suffered damages.

16.   Plaintiff's damages include continued pain, continued abdominal binding, worry, and deterioration of health as a result of the hernia popping out through a hole in the mesh and having to be physically replace it without the proper medical care which had been recommended by doctors of the Defendants choosing.

WHEREFORE Plaintiff prays judgment for compensatory damages, for past and future pain and suffering, for medical complications as a result of the failure to perform the appropriate operation and treatment and for such other and further relief as the court may deem just and proper.

**COUNT II**
**NEGLIGENT SUPERVISION NM DEPARTMENT OF CORRECTIONS**

17.   Plaintiff realleges and restates the allegations of COUNT I.

18.   Grievances and Notices of Tort Claim were sent by Plaintiff to the Department of Corrections, all of which cited Wexford's own doctor as a requiring and approving a surgical repair of a known problem with polypropylene mesh originally implanted and causing pain, Plaintiff suffered continued medical problems as alleged in Count I.

19.   The Defendant Department of Corrections is also responsible for failure to oversee the actions of Wexford Healthcare and failure to take action and negligence and violation of New Mexico Civil Rights Act (HB4) for failure and

4

EXHIBIT A

continued failure to ensure repair of the Plaintiff's hernia and other medical
problems which had been examined and approved by physicians for almost 18
months from the date of said approval.

WHEREFORE Plaintiff prays judgment for compensatory damages, for past and future
pain and suffering, for medical complications as a result of the failure to perform the appropriate
operation and treatment, and for such other and further relief as the court may deem just and
proper.

### COUNT III — DEFECTIVE PRODUCT
### C.R. BARD INCORPORATED/BECTON, DICKINSON & COMPANY

20.     Plaintiff realleges and restates the allegations of COUNTS I and II.

21.     On October 15, 2019, Plaintiff had a hernia repair surgery during which one of
Bard's hernia mesh products, Ventralight with Echo was implanted.

22.     The implant itself was made of polypropylene which was originally provided to
Defendant Bard by Chevron Phillips.

23.     When Chevron found out Bard was using this polypropylene as an implant that
polypropylene was not designed for, they refused to sell Bard any more
polypropylene.

24.     Plaintiff's hernia mesh caused side effects from his procedure in that the mesh
failed, totally migrated, developed holes in the mesh and generally caused
incredible pain, ulcerative colitis and other medical conditions as a result of the
mesh itself.

25.     The medical conditions were all caused by the Hernia Mesh Implant.

EXHIBIT A

26. The complications included erosions, adhesion, recurring hernias, perforations, mesh shrinkage and chronic pain.

27. C.R. Bard is a subsidiary of Becton Dickinson Company and was aware or should have been aware that the hernia mesh products using polypropylene were especially prone to erosion and shrinkage because of the polypropylene which, after being implanted surrounded by oxygen enriched blood and tissue, can trigger the erosion process.

28. Once the mesh began to erode it shrinks, shrivels and pulls away from any tissue its adhered to leading to new hernias, chronic pain and migration together with adhesions, bowel obstruction and fistula. These side effects were incurred by Plaintiff Montano.

29. Bard knew or should have known that the mesh implants were defectively designed and Bard failed to warn people, including physicians and patients of the dangers of their mesh implants .

30. The defects with the Bard polypropylene hernia mesh known as Ventralight include that polypropylene erodes after being implanted, that some mesh products that are supposed to prevent unwanted adhesions failed to do so and that Bard Hernia Mesh Implants are difficult to remove when they fail.

31. Bard should have known by October 2019 that polypropylene would erode after being implanted, but the decided to use it anyway.

32. When Chevron refused to sell its Miolex polypropylene to Bard, Bard turned to substandard polypropylene from China (in approximately 2014) that oxidizes even more quickly.

6

EXHIBIT A

33.   As a result of this substandard polypropylene the new mesh products were even more defective then the older ones.

34.   Bard, which makes medical devices and implants, have a legal duty to warn people about the risks and side effects associated with their products.

35.   Bard failed to warn or present any warning to adequately to quickly communicate the potential of the implants to cause severe side defects.  Instead Bard touted its mesh implants as the safest device on the market.

36.   As a result of the above negligence and defective product by these Defendants, Plaintiff has suffered physical pain, mental anguish and anticipated future medical expenses before or when released from prison.

WHEREFORE Plaintiff prays judgment for compensatory damages, for past and future pain and suffering, mental anguish, for medical complications as a result of the failure of its defective product and failure to warn about said product and for such other and further relief as the court may deem just and proper.

Respectfully submitted,


 /s/ Stephen F. Lawless_____
Stephen F. Lawless, PA
Attorney for Plaintiff
201 Third Street NW, Suite #500
Albuquerque, NM 87102
505-247-1401

7

EXHIBIT A

**FILED**
**2ND JUDICIAL DISTRICT COURT**
**Bernalillo County**
**10/7/2021 1:55 PM**
**CLERK OF THE COURT**
**Luke Tessman**

**SECOND JUDICIAL DISTRICT COURT**
**COUNT OF BERNALILLO**
**STATE OF NEW MEXICO**

**ISAAC MONTANO (#34606)**

      **Plaintiff,**

v.                     **CASE NO.** _____D-202-CV-2021-05890_____

**WEXFORD HEALTH SOURCES, INC.,**
**THE NEW MEXICO DEPARTMENT OF**
**CORRECTIONS, C.R. BARD, INC., and**
**BECTON, DICKINSON & COMPANY,**

      **Defendants.**

## PLAINTIFF'S CERTIFICATION REGARDING ARBITRATION UNDER RULE 2-603

      I, Stephen F. Lawless, Counsel for Plaintiff, certify that:

      Plaintiff seeks relief other than a money judgment and/or an award in excess of

$25,000.00, exclusive of punitive damages, interest, costs and attorney's fees.

                Respectfully submitted,


                  /s/ Stephen F. Lawless_____
                Stephen F. Lawless, PA
                Attorney for Plaintiff
                201 Third Street NW, Suite #500
                Albuquerque, NM 87102
                505-247-1401

EXHIBIT A

Stephen F. Lawless, PA
201 Third Street NW, Suite #500
Albuquerque, NM 87102

303835

**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



0350 0000 8042 5599





1000        07417

U.S. POSTAGE PAID
FCM LG ENV
ALBUQUERQUE, NM
87102
NOV 05, 21
AMOUNT
**$8.36**
R2304W119847-6

| Trk #: | 70210350000080425599 |
| Name: | LAW DEPARTMENT |
| Mail Stop: | 89 |
| EMP Loc: | D433 |
| Bldg/Floor: | / Function |
| Depart: | |
| Notes: | |
| Date Rec'd: | 11/10/2021 10:16:46 AM |



LAW DEPARTMENT

**D433**

C.R. Bard, Inc
c/o Corporate Headquarters
1 Becton Drive
Franklin Lakes, NJ 07417-1880

EXHIBIT A